IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICE N. MOORE,

       Plaintiff,

vs.

CREDIT PROTECTION ASSOCIATION LP d/b/a EQUIPMENT RECOVERY SERVICES

AUDIT SYSTEMS INC,

       Defendants.

Case No.: 1:14-cv-02881-WBH

## DEFENDANT AUDIT SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Audit Systems, Inc.'s Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1 and LR 3.3, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.    Plaintiff                    Patrice N. Moore

    B.    Defendant              Credit Protection Association, LP

C. Defendant Audit Systems, Inc.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

A. None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

A. For *Pro Se* Plaintiff –

a. Patrice N. Moore. 708 Brambling Way Stockbridge, Georgia 30281. E-mail: patricemoore14@hotmail.com

B. For Defendant –

a. Jonathan K. Aust. Bedard Law Group, PC. 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: (678) 253-1871, ext. 203. Facsimile: (678) 253-1873. E-mail: jaust@bedardlawgroup.com

b. John H. Bedard, Jr. Bedard Law Group, PC. 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: (678) 253-1871, ext. 244. Facsimile: (678) 253-1873. E-mail: jbedard@bedardlawgroup.com

Respectfully submitted this 18th day of December 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICE N. MOORE,

       Plaintiff,

vs.

CREDIT PROTECTION ASSOCIATION LP d/b/a EQUIPMENT RECOVERY SERVICES

AUDIT SYSTEMS INC,

       Defendants.

Case No.: 1:14-cv-02881-WBH

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the within and foregoing Defendant Audit Systems, Inc.'s Certificate of Interested Person and Corporate Disclosure Statement by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Patrice N. Moore
708 Brambling Way
Stockbridge, Georgia 30281

Respectfully submitted this 18th day of December 2014.

       **BEDARD LAW GROUP, P.C.**

       /s/ Jonathan K. Aust
       Jonathan K. Aust
       Georgia Bar No. 448584
       John H. Bedard, Jr.