FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN - 5 2014

JAMES N. HATTEN, Clerk
By:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PATRICE N. MOORE | ) | Civil Action File No. |
| Plaintiff, | ) | NO. 1:14-CV-02881-WBH |
| v. | ) | |
| AUDIT SYSTEMS INC, | ) | |
| **Defendant** | ) | |

## PLAINTIFFS CERTIFICATE OF INTERESTED PERSONS

(1) The undersigned of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more the stock of a party: **None.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular cause:

Patrice N. Moore
**708 Brambling Way**
**Stockbridge, GA 30281**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via mail on December 30, 2014 to Defendant's Counsel listed below:

**BEDARD LAW GROUP, P.C.**

**Jonathan K. Aust**

**John H. Bedard, Jr**

**2810 Peachtree Industrial Blvd. Suite D**

**Duluth, Georgia 30097**

**COUNSEL FOR DEFENDANT CREDIT PROTECTION ASSOCIATION**

Plaintiff, Pro-Se

Patrice N. Moore

708 Brambling Way

Stockbridge, GA 30281

708 Bonnie Brae
Statesboro, GA 30458





Clerk of Court
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303